AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Brian Bukle <br><br> *Plaintiff(s)* <br> v. <br> United States of America <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 5:21-cv-1973-DMG-AFM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
c/o Civil Process Clerk
United States Attorney's Office
Federal Building
300 N. Los Angeles Street, Suite 7516
Los Angeles, California 90012

c/o Assistant Attorney General for Administration
U.S. Department of Justice
Justice Management Division
950 Pennsylvania Avenue, N.W., Room 1111 Washington, DC. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Vasudha Talla & Michelle (Minju) Cho
vtalla@aclunc.org; mcho@aclunc.org
American Civil Liberties Union Foundation of Northern California
39 Drumm Street
San Francisco, California 94111
See attached caption for additional counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: 11/23/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:21-cv-1973

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Defendant United States of America
was received by me on *(date)* 11/23/2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Pursuant to Federal Rule of Civil Procedure 4(i)(1)(B), on November 24, 2021, I served the documents listed upon the United States of America by causing true and correct copies to be delivered by U.S. Postal Service certified mail in a sealed envelope to the Assistant Attorney General for Administration, U.S. Department of Justice, Justice Management Division, 950 Pennsylvania Avenue, N.W., Room 1111, Washington, D.C. 20530: Summons issued by Clerk; Class Action Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Assignment; Notice to Parties of Court-Directed ADR; Notice of Related Cases; Notice to Counsel Re Consent to Proceed Before a U.S. Magistrate Judge

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/24/2021

*Server's signature*

Kristen Perez
Legal-Policy Assistant
*Printed name and title*

39 Drumm St. San Francisco, CA 94111
*Server's address*

Additional information regarding attempted service, etc: