**JUDGE ANDRÉ BIROTTE JR.**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
*The Court **ORDERS** the parties to make every effort to agree on dates.*

| Case No. 5:21-cv-01973 | Case Name: Bukle v. United States | | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
| Check one: [ ] Jury Trial or [X] Court Trial (***Tuesday*** at 8:30 a.m., within 18 months after Complaint filed) Estimated Duration: __5 to 7__ Days | | 05/16/2023 | 05/16/2023 | [ ] Jury Trial [ ] Court Trial _____ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine (***Friday*** at 11:00 a.m., at least 17 days before trial) | | 04/28/2023 | 04/28/2023 | |
| **Event** [1] *Note:* Hearings shall be on Fridays at 10:00 a.m. Other dates can be any day of the week. | Weeks Before FPTC | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
| Last Date to ***Hear*** Motion to Amend Pleadings /Add Parties *[Friday]* | 33 | 09/09/2022 | 09/09/2022 | |
| Expert Disclosure (Initial) | 25 | 11/01/2022 | 11/01/2022 | |
| Non-Expert Discovery Cut-Off **(no later than deadline for *filing* dispositive motion)** | 23 | 11/17/2022 | 11/17/2022 | |
| Expert Disclosure (Rebuttal) | 22 | 11/22/2022 | 11/22/2022 | |
| Expert Discovery Cut-Off | 20 | 12/09/2022 | 12/09/2022 | |
| Last Date to ***File*** Motions, including Rule 56 motion<br>• Opposition due **4 weeks** after Motion is filed<br>• Reply due 1 week after Opposition is filed | 19 | 12/15/2022<br>- Opp. due 01/12/2023<br>- Reply due 01/19/2023 | 12/15/2022<br>- Opp. due 01/12/2023<br>- Reply due 01/19/2023 | |
| Last Date to ***Hear*** Motions *[Friday]* | 12 | 02/23/2023 | 02/23/2023 | |
| Deadline to Complete Settlement Conference [L.R. 16-15] ***Select*** one: [X] 1. Magistrate Judge *(with Court approval)* [ ] 2. Court's Mediation Panel [ ] 3. Private Mediation | 10 | 02/17/2023 | 02/17/2023 | [ ] 1. Mag. J. [ ] 2. Panel [ ] 3. Private |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 3 | 04/07/2023 | 04/07/2023 | |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 | 04/14/2023 | 04/14/2023 | |

[1] **The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. <u>Class actions and patent and ERISA cases in particular may need to vary from the above.</u>**

[2] **The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.**