VASUDHA TALLA (SBN 316219)
vtalla@aclunc.org
MICHELLE (MINJU) CHO (SBN 321939)
mcho@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Fax: (415) 255-8437

JINGNI (JENNY) ZHAO (SBN 284684)
jennyz@advancingjustice-alc.org
GLENN KATON (SBN 281841)
glennk@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE –
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Fax: (415) 896-1702

*Additional Counsel Listed On Next Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BUKLE,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 5:21-cv-1973-AB-KS<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>Honorable Karen L. Stevenson<br>United States Magistrate Judge |

1  SEAN A. COMMONS (SBN 217603)
   scommons@sidley.com
2  KRISTEN T. ARABACI (SBN 341682)
   karabaci@sidley.com
3  GLADYS (GIGI) M. N. KISELA (SBN 342717)
   gkisela@sidley.com
4  SIDLEY AUSTIN LLP
   555 W. Fifth Street, Suite 4000
5  Los Angeles, CA 90013
   Telephone: (213) 896-6000
6  Fax: (213) 896-6600

7  Attorneys for Plaintiff Brian Bukle

8
   TRACY WILKISON
9  United States Attorney
   DAVID M. HARRIS
10 Assistant United States Attorney
   Chief, Civil Division
11 JOANNE S. OSINOFF
   Assistant United States Attorney
12 Chief, General Civil Section
   CHRISTINA MARQUEZ (CBN 305301)
13 Assistant United States Attorney
   Federal Building, Suite 7516
14 300 North Los Angeles Street
   Los Angeles, California 90012
15 Telephone: (213) 422-4705
   Facsimile: (213) 894-7819
16 E-mail: Christina.Marquez@usdoj.gov

17 Attorneys for Defendant United States of America

18

19

20

21

22

23

24

25

26

27

28

1   The parties, by and through undersigned counsel, hereby respectfully move
2   the Court for an order approving and entering the attached Stipulated Protective
3   Order.
4   As explained in the Stipulated Protective Order, good cause supports this
5   request. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1175 (9th Cir.
6   2006). This action is likely to involve confidential proprietary information for
7   which special protection from public disclosure and from use for any purpose other
8   than prosecution of this action is warranted. Such confidential and proprietary
9   materials and information consist of, among other things, personally identifiable
10  information and other immigration information protected from disclosure by the
11  Privacy Act (5 U.S.C. § 552a) and other federal statutes, confidential business or
12  financial information, information regarding confidential business and
13  governmental agency practices, or other confidential research, development, or
14  commercial information, including information implicating the privacy rights of
15  third parties). To expedite the flow of information, facilitate the prompt resolution
16  of disputes over confidentiality of discovery materials, protect information the
17  parties are entitled to keep confidential, ensure the parties are permitted reasonable
18  and necessary uses of such materials in preparation for and during trial, address the
19  handling of confidential materials at the end of litigation, and serve the ends of
20  justice, a protective order is justified in this matter.
21  The Stipulated Protective Order, a redlined document comparing the parties'
22  draft with the Court's Model Protective Order, and a proposed order approving the
23  Stipulated Protective Order are attached.
24  //
25  //
26  //
27  //
28  //

|    |                      |                                              |
|----|----------------------|----------------------------------------------|
| 1  |                      | Respectfully submitted,                      |
| 2  | Dated:  May 9, 2022  | SIDLEY AUSTIN LLP                            |
| 3  |                      |                                              |
| 4  |                      | /s/ *Sean A. Commons*[1]                     |
|    |                      | SEAN A. COMMONS                              |
| 5  |                      |                                              |
| 6  |                      | *Attorneys for Plaintiff Brian Bukle*        |
| 7  |                      |                                              |
| 8  |                      | Respectfully submitted,                      |
| 9  | Dated:  May 9, 2022  | /s/ *Christina Marquez*                      |
| 10 |                      | CHRISTINA MARQUEZ                            |
|    |                      | Assistant United States Attorney             |
| 11 |                      |                                              |
| 12 |                      | *Attorneys for Defendant United States of America* |

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.