VASUDHA TALLA (SBN 316219)
vtalla@aclunc.org
MICHELLE (MINJU) CHO (SBN 321939)
mcho@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Fax: (415) 255-8437

JINGNI (JENNY) ZHAO (SBN 284684)
jennyz@advancingjustice-alc.org
GLENN KATON (SBN 281841)
glennk@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE –
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Fax: (415) 896-1702

*Additional Counsel Listed On Next Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BUKLE,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | Case No.  5:21-cv-1973-TJH-KS<br><br>**[PROPOSED] STIPULATED PROTECTIVE ORDER**<br><br>Honorable Karen L. Stevenson<br>United States Magistrate Judge |

SEAN A. COMMONS (SBN 217603)
scommons@sidley.com
KRISTEN T. ARABACI (SBN 341682)
karabaci@sidley.com
GLADYS (GIGI) M. N. KISELA (SBN 342717)
gkisela@sidley.com
SIDLEY AUSTIN LLP
555 W. Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

Attorneys for Plaintiff Brian Bukle

TRACY WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
CHRISTINA MARQUEZ (CBN 305301)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 422-4705
Facsimile: (213) 894-7819
E-mail: Christina.Marquez@usdoj.gov

Attorneys for Defendant United States of America

The parties, by and through undersigned counsel, hereby respectfully move the Court for an order approving and entering the attached Stipulated Protective Order.

As explained in the Stipulated Protective Order, good cause supports this request. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1175 (9th Cir. 2006). This action is likely to involve confidential proprietary information for which special protection from public disclosure and from use for any purpose other than prosecution of this action is warranted. Such confidential and proprietary materials and information consist of, among other things, personally identifiable information and other immigration information protected from disclosure by the Privacy Act (5 U.S.C. § 552a) and other federal statutes, confidential business or financial information, information regarding confidential business and governmental agency practices, or other confidential research, development, or commercial information, including information implicating the privacy rights of third parties). To expedite the flow of information, facilitate the prompt resolution of disputes over confidentiality of discovery materials, protect information the parties are entitled to keep confidential, ensure the parties are permitted reasonable and necessary uses of such materials in preparation for and during trial, address the handling of confidential materials at the end of litigation, and serve the ends of justice, a protective order is justified in this matter.

The Stipulated Protective Order, a redlined document comparing the parties' draft with the Court's Model Protective Order, and a proposed order approving the Stipulated Protective Order are attached.

//
//
//
//
//

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: May 10, 2022 | SIDLEY AUSTIN LLP |
| 3 |   |   |
| 4 |   | /s/ *Sean A. Commons*[1] |
|   |   | SEAN A. COMMONS |
| 5 |   |   |
| 6 |   | *Attorneys for Plaintiff Brian Bukle* |

Respectfully submitted,

Dated: May 10, 2022      /s/ *Christina Marquez*
                                        CHRISTINA MARQUEZ
                                        Assistant United States Attorney

*Attorneys for Defendant United States of America*

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.