E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
CHRISTINA MARQUEZ (CBN 305301)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 422-4705
    Facsimile: (213) 894-7819
    E-mail: Christina.Marquez@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIAN BUKLE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. CV 21-1973-TJH-(KSx)<br><br>**NOTICE OF SETTLEMENT** |

The parties, by and through their respective attorneys, have reached a settlement in the above-captioned action. The settlement resolves the action in its entirety. Accordingly, the parties respectfully request that all dates currently set in the case be vacated. Once the transaction has been completed, a stipulation of voluntary dismissal of the action will be filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

Dated: October 11, 2022

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ Christina Marquez*
CHRISTINA MARQUEZ, ESQ.
Assistant United States Attorney

Attorneys for Defendant
United States of America

ACLU FOUNDATION OF NORTHERN CALIFORNIA

Dated: October 11, 2022

/s/ Michelle Y. Cho
Michelle (Minju) Y. Cho, Esq.
Attorneys for Plaintiff

* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.